UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-20609-WILLIAMS/LETT

PRESIDENT DONALD J. TRUMP, et al.,

        Plaintiffs,

v.

INTERNAL REVENUE SERVICE, et al.,

        Defendants.

## NOTICE OF APPEARANCE

PLEASE BE ADVISED attorney Gerald E. Greenberg of Gelber Schachter & Greenberg, P.A. is noticing his appearance in this matter as counsel on behalf of Amici Curiae Former Government Officials, John Koskinen, Kathryn Keneally, Nina Olson, and Gilbert Rothenberg, and requests that all pleadings, correspondence, and related materials in this case be provided to him.

Dated: February 5, 2026

Respectfully submitted,

*/s/ Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
DANIEL R. WALSH
Florida Bar No. 0124282
dwalsh@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Amici Curiae Former Government Officials, Common Cause, and Project on Government Oversight*