UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20609-WILLIAMS/LETT

PRESIDENT DONALD J. TRUMP, et al.,

Plaintiffs,

v.

INTERNAL REVENUE SERVICE, et al.,

Defendants.

**MOTION OF CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON AND PUBLIC CITIZEN FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE**

## INTRODUCTION

Movants Citizens for Responsibility and Ethics in Washington (CREW) and Public Citizen respectfully submit this motion for leave to file a brief as amici curiae. Movants are organizations with longstanding interests in the ethical conduct of government officials and the integrity of the judicial system. They respectfully submit that a suit brought by the sitting President seeking damages against two agencies situated within the Executive Branch that he heads presents novel legal issues and that their participation will assist the Court's resolution of those questions. The proposed brief is attached as an exhibit to this motion.

## INTERESTS OF MOVANTS

CREW is a nonpartisan, nonprofit watchdog organization dedicated to ensuring ethics, accountability, and transparency in government. Monitoring and identifying potential conflicts of interest in the Executive Branch are among CREW's core functions. CREW's staff includes nationally recognized experts on government ethics laws and regulations.

Public Citizen is a nonprofit consumer-advocacy organization with members in all 50 states. Public Citizen appears before Congress, administrative agencies, and courts on a wide range of issues. Prominent among Public Citizen's concerns is combating corruption, and the appearance of corruption, of governmental processes, including actual and perceived fairness of our judicial system. To ensure that our government works for the people, Public Citizen advocates for strong ethics laws to prevent conflicts of interest and self-dealing.

## DISCUSSION

"It is well-settled that a district court has broad discretion to grant the request of a non-party to file an amicus brief." *Conservancy of Sw. Fla. v. U.S. Fish & Wildlife Serv.*, No. 2:10-CV-106-FTM-SPC, 2010 WL 3603276, at *1 (M.D. Fla. Sept. 9, 2010). Here, this Court should exercise its discretion to grant this motion to leave for file a brief as amici curiae.

This lawsuit, brought by as President Trump in his personal capacity, seeking $10 billion or more as damages for the disclosure of his and his company's tax information, raises novel questions of law and ethics and the role of the federal courts in handling litigation involving a sitting President. Defendants in this case—the U.S. Department of the Treasury and the Internal Revenue Service (IRS)—are two agencies of the Executive Branch. The President thus has a presence on both the plantiffs' side and the defendants' side of this lawsuit. Given the unusual posture of this litigation, as well as the enormous financial consquences at stake, Movants believe

1

that the Court would benefit from the participation of amici, who can assist in identifying and resolving questions of law that the parties themselves may be unable or unwilling to raise. *Cf. Friends of Everglades, Inc. v. S. Fla. Water Mgmt. Dist.*, No. 02-80309-CLV, 2005 WL 8160352, at *1 (S.D. Fla. Nov. 1, 2005) (appointing amici curiae to "inform the Court concerning their interpretation of the legal issues presented").

In their proposed brief, Movants identify and address constitutional and ethical concerns presented by this litigation, which are distinct from issues addressed by other proposed amici in this case. Specifically, Movants' proposed brief discusses the separation of powers and ethics concerns that arise when a sitting President files suit against Executive Branch agencies that will be represented by the Department of Justice, all of which the President oversees. In addition, the proposed brief addresses how President Trump's demand for damages implicates the Domestic Emoluments Clause of the Constitution.

The proposed amicus brief is timely. Suit was filed on January 29, 2026, and Defendants have not yet been served with process. The parties therefore will have ample time to respond to the issues raised by the proposed brief and, accordingly, will suffer no prejudice from grant of this motion.

## CONCLUSION

For the foregoing reasons, Movants respectfully request that the Court grant the motion of CREW and Public Citizen for leave to file a brief as amici curiae.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for Movants CREW and Public Citizen have made reasonable efforts to confer with all parties for their position on this motion. Counsel for Plaintiffs, Alejandro Brito, informed the undersigned that "Plaintiff objects to the motion for leave that you intend to file and may file a memorandum in opposition to the motion."

Although the government has not yet entered an appearance in this matter, Movants' counsel emailed Matthew Feeley, Chief of the Civil Division for the U.S. Attorney's Office for the Southern District of Florida on February 11, 2026, to ascertain the government's position. Mr. Feeley indicated that the government has not been served and, therefore, that Defendants took no position on this motion.

February 12, 2026 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Lauren C. Bingham*
　　　　　　　　　　　　　　　　　　　　Lauren C. Bingham
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 105745
　　　　　　　　　　　　　　　　　　　　Lbingham@citizensforethics.org
　　　　　　　　　　　　　　　　　　　　Kayvan A. Farchadi*
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1672753
　　　　　　　　　　　　　　　　　　　　kfarchadi@citizensforethics.org
　　　　　　　　　　　　　　　　　　　　Nikhel S. Sus*
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1017937
　　　　　　　　　　　　　　　　　　　　nsus@citizensforethics.org
　　　　　　　　　　　　　　　　　　　　CITIZENS FOR RESPONSIBILITY
　　　　　　　　　　　　　　　　　　　　AND ETHICS IN WASHINGTON
　　　　　　　　　　　　　　　　　　　　P.O. Box 14596
　　　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　　　(202) 408-5565

　　　　　　　　　　　　　　　　　　　　Nandan Joshi*
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 456750
　　　　　　　　　　　　　　　　　　　　njoshi@citizen.org
　　　　　　　　　　　　　　　　　　　　PUBLIC CITIZEN LITIGATION GROUP
　　　　　　　　　　　　　　　　　　　　1600 20th Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　　　　(202) 588-1000

　　　　　　　　　　　　　　　　　　　　*Motion to appear pro hac vice forthcoming

　　　　　　　　　　　　　　　　　　　　*Counsel for Amici Curiae Citizens for*
　　　　　　　　　　　　　　　　　　　　*Responsibility and Ethics in Washington*
　　　　　　　　　　　　　　　　　　　　*and Public Citizen*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

Pursuant to Southern District of Florida Local Rule 5.2(a), I further certify that I caused the foregoing to be served by certified mail, return receipt requested, on the following governmental entities who are defendants in this action or act as an entity which accepts service on behalf of the defendants in this action: (1) Internal Revenue Service, 1111 Constitution Ave, NW, Washington, DC 20224; (2) United States Office of the Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530; and (3) Southern District of Florida United States Attorney's Office, 99 N.E. 4th St., Miami, FL 33131. I further served Matthew Feeley, S.D. Fla., Civil Chief, with a courtesy copy via email.

<em>s/Lauren C. Bingham</em>