UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, AND THE TRUMP ORGANIZATION, LLC.<br><br>*Plaintiffs,*<br><br>v.<br><br>INTERNAL REVENUE SERVICE AND U.S. DEPARTMENT OF THE TREASURY<br><br>*Defendants.* | No. 26-cv-20609-WILLIAMS/LETT |

### NOTICE OF APPEARANCE AS CO-COUNSEL
### AND NOTICE OF DESIGNATION OF E-MAIL ADDRESSES

Plaintiffs PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP, JR, ERIC TRUMP and THE TRUMP ORGANIZATION, LLC (collectively, "Plaintiffs"), hereby file this Notice of Appearance as Co-Counsel and Notice of Designation of E-Mail Addresses and state as follows:

Ian Michael Corp, Esq. of the law firm of Brito, PLLC hereby makes an appearance as co-counsel in the above-styled matter and designates the following e-mail addresses for purposes of service in this case as follows:

Ian Michael Corp, Esq. E-Mail:    icorp@britopllc.com
Secondary E-Mail:                  baragon@britopllc.com

Dated: March 3, 2026                    Respectfully submitted,

                                                 **BRITO, PLLC**
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Ian Michael Corp*
      **ALEJANDRO BRITO**
      Florida Bar No. 098442
      Primary: abrito@britopllc.com
      Secondary: apiriou@britopllc.com
      **IAN MICHAEL CORP**
      Florida Bar No. 1010943
      Primary: icorp@britopllc.com
      Secondary: baragon@britopllc.com

      **Daniel Z. Epstein**
      D.C. Bar No. 1009132
      Epstein & Co. LLC
      E-mail: dan@epsteinco.co
      *\* Pro Hac Vice Forthcoming*

      *Counsel to Plaintiffs*
      *President Donald J. Trump et al.*