**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, AND THE TRUMP ORGANIZATION, LLC.<br><br>*Plaintiffs,*<br><br>*v.*<br><br>INTERNAL REVENUE SERVICE AND U.S. DEPARTMENT OF THE TREASURY<br><br>*Defendants.* | No. 26-cv-20609-WILLIAMS/LETT |

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiffs PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP, JR, ERIC TRUMP and THE TRUMP ORGANIZATION, LLC, by and through undersigned counsel, hereby file proof of service (attached as **Exhibit A**), demonstrating that service of the Complaint, DE 1, was effected via certified mail upon the Internal Revenue Service, with tracking number 9589 0710 5270 3786 6750 25 at the address of 1111 Constitution Avenue NW, Washington, DC 20224.

[Signature Block to Follow]

Dated: March 5, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Ian Michael Corp*
    **ALEJANDRO BRITO**
    Florida Bar No. 098442
    Primary: abrito@britopllc.com
    Secondary: apiriou@britopllc.com
    **IAN MICHAEL CORP**
    Florida Bar No. 1010943
    Primary: icorp@britopllc.com
    Secondary: baragon@britopllc.com

    **Daniel Z. Epstein**
    D.C. Bar No. 1009132
    Epstein & Co. LLC
    E-mail: dan@epsteinco.co
    *\* Pro Hac Vice Forthcoming*

    *Counsel to Plaintiffs*
    *President Donald J. Trump et al.*