**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, AND THE TRUMP ORGANIZATION, LLC. <br><br> *Plaintiffs,* <br><br> v. <br><br> INTERNAL REVENUE SERVICE AND U.S. DEPARTMENT OF THE TREASURY <br><br> *Defendants.* | No. 26-cv-20609-WILLIAMS/LETT |

**PARTIES' CONSENT MOTION FOR A 90 DAY**
**EXTENSION AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and The Trump Organization LLC (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully move this Court, with the consent of the Defendants (hereinafter the "Parties"), and pursuant to its inherent authority to control its docket (*see Landis v. North American Co.*, 299 U.S. 248, 254 (1936)) and Federal Rule of Civil Procedure 1, to grant an extension for a period of ninety (90) days in all proceedings in this matter. In support, Plaintiffs state as follows:

**I.      Introduction**

This action, filed on January 29, 2026, asserts claims under 26 U.S.C. § 7431 for unauthorized inspection and disclosure of Plaintiffs' tax returns and return information. Plaintiffs state in their Complaint that an IRS contractor and/or employee unlawfully accessed and disclosed vast amounts of confidential tax return information belonging to Plaintiffs and their affiliated entities. The claims involve complex questions of liability under 26 U.S.C. § 7431(a)(1), including

the United States' duty to safeguard tax return information under 26 U.S.C. § 6103 and the Privacy Act.

The case remains in its early stages. Good cause exists to grant an extension in this matter while the Parties engage in discussions designed to resolve this matter and to avoid protracted litigation. This limited pause will neither prejudice the Parties nor delay ultimate resolution. Rather, the extension will promote judicial economy and allow the Parties to explore avenues that could narrow or resolve the issues efficiently.

## II.    Argument

### A.    Good Cause Supports a 90-day Extension.

Courts routinely grant extensions motions where, as here, an extension serves the interests of justice and efficiency without harming any party. The Parties are engaging in discussions and need time to work through how to ensure those discussions can take place productively to avoid protracted litigation. This brief period will allow the Parties to initiate and structure those discussions in a manner that best serves the interests of all Parties and the Court.

### B.    The Parties Are Not Seeking an Indefinite Stay in Proceedings.

The requested 90-day extension is narrowly tailored to permit the Parties to complete these foundational steps so that subsequent proceedings—whether discovery, dispositive motions, or otherwise—can move forward efficiently and without the need for repeated extensions. None of the Parties will suffer prejudice: the case is newly filed, no scheduling order has issued, and the Government has not yet answered or otherwise responded on the merits. An extension will conserve judicial and party resources and avoid piecemeal litigation that could arise if the Parties are forced to proceed without first exploring these discussions.

BRITO, PLLC
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

**III.     Certification Of Good-Faith Conference Under Local Rule 7.1**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), Daniel Epstein, co-counsel for Plaintiffs, certifies that he conferred in good faith with counsel for Defendants on April 15, 2026 by telephone regarding the relief sought in this motion. Defendants consent to the requested extension.

**IV.     Conclusion**

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order: (1) granting the Parties an extension of ninety (90) days from the date of the order for all proceedings in this action, (2) directing that a status report be filed fourteen (14) days before the extension expires proposing next steps, and (3) granting such other relief as the Court deems just and proper.

Dated: April 17, 2026                    Respectfully submitted,

                                         **BRITO, PLLC**
                                         2121 Ponce de Leon Boulevard
                                         Suite 650
                                         Coral Gables, FL 33134
                                         Office: 305-614-4071
                                         Fax: 305-440-4385

                                         By: /s/ *Alejandro Brito*
                                             **ALEJANDRO BRITO**
                                             Florida Bar No. 098442
                                             Primary: abrito@britopllc.com
                                             Secondary: apiriou@britopllc.com
                                             **IAN MICHAEL CORP**
                                             Florida Bar No. 1010943
                                             Primary: icorp@britopllc.com
                                             Secondary: baragon@britopllc.com

                                             **Daniel Z. Epstein**
                                             D.C. Bar No. 1009132
                                             Epstein & Co. LLC
                                             E-mail: dan@epsteinco.co
                                             *\* Pro Hac Vice Forthcoming*

                                             *Counsel to Plaintiffs*
                                             *President Donald J. Trump et al.*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650│ Coral Gables, Florida 33134
Telephone: (305) 614-4071

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on April 17, 2026, the foregoing was served by mail upon the

following:

U.S. Department of the Treasury
Attention: Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office Southern District of Florida
99 NE 4TH Street
Miami, FL 33132

Internal Revenue Service
Attention: Commissioner of Internal Revenue
1111 Constitution Avenue NW
Washington, DL 20224

By: /s/ *Alejandro Brito*

**BRITO, PLLC**
2121 Ponce De Leon Boulevard, Suite 650│ Coral Gables, Florida 33134
Telephone: (305) 614-4071