**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-20609-CV-WILLIAMS**

PRESIDENT DONALD J. TRUMP, *et al.*,

      Plaintiffs,

v.

INTERNAL REVENUE SERVICE, *et al.*,

      Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. As set forth in its Order (DE 41), the Court has concerns about whether it has subject matter jurisdiction in this case. Accordingly, the Court appoints attorneys from the following law firms as *amici curiae* to assist the Court in identifying the applicable law governing an analysis of this issue:

      John Gleeson and David A. O'Neil,
      Debevoise & Plimpton LLP

      Donald B. Verrilli, Jr.,
      Munger Tolles & Olson LLP

      Faith E. Gay, Philippe Z. Selendy, and Corey Stoughton,
      Selendy Gay PLLC

*See, e.g*, *In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006) ("[D]istrict courts possess the inherent authority to appoint "friends of the court" to assist in their proceedings."); *Resort Timeshare Resales, Inc. v. Stuart*, 764 F. Supp. 1495, 1501 (S.D. Fla. 1991) (internal quotations and citations omitted) ("[I]t is solely within the discretion of the court to determine the fact, extent, and manner of participation by the *amicus.*").

The *amici* shall file a memorandum addressing this Court's subject matter jurisdiction by May 21, 2026.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>29th</u> day of April, 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE