**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-20609-WILLIAMS/LETT**

PRESIDENT DONALD J. TRUMP, et al.,
Plaintiffs,

v.

INTERNAL REVENUE SERVICE, et al.,
Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Philippe Z. Selendy of the law firm of Selendy Gay, PLLC with offices at 1290 Avenue of the Americas, New York, New York, telephone number 212-390-9000 for purposes of appearance as Court-Appointed *Amicus Curiae* in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Philippe Z. Selendy to receive electronic filings in this case, and in support thereof states as follows:

1.     Philippe Z. Selendy is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar and the Bar of the United States District Court for the Southern District of New York.

2.     Movant, Faith E. Gay, Esquire, of the law firm of Selendy Gay, PLLC with offices at 1290 Avenue of the Americas, New York, New York, telephone number 212-390-9000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be

filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Philippe Z. Selendy has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Philippe Z. Selendy, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Philippe Z. Selendy at email address: pselendy@selendygay.com.

WHEREFORE, Faith E. Gay, moves this Court to enter an Order permitting Philippe Z. Selendy, to appear before this Court as Court-Appointed *Amicus Curiae*, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Philippe Z. Selendy.

Dated:   New York, NY
         May 15, 2026

Respectfully submitted,

SELENDY GAY PLLC

By:   ___/s/_____ *Faith E. Gay*_____
      Faith E. Gay (Fla. Bar #129593)
      SELENDY GAY PLLC
      1290 Avenue of the Americas
      New York, NY  10104
      Tel: 212-390-9000
      fgay@selendygay.com

      *Court-Appointed Amicus Curiae*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-20609-WILLIAMS/LETT**

|  |
|---|
| PRESIDENT DONALD J. TRUMP, et al.,<br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br>Defendants. |

**CERTIFICATION OF PHILIPPE Z. SELENDY**

Philippe Z. Selendy, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the New York Bar and the Bar of the Southern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

By:   /s/        *Philippe Z. Selendy*
Philippe Z. Selendy (N.Y. Bar #2630598)
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
pselendy@selendygay.com

*Court-Appointed Amicus Curiae*