UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-20609-WILLIAMS/LETT

PRESIDENT DONALD J. TRUMP, et al.,

*Plaintiffs*,

v.

INTERNAL REVENUE SERVICE, et al.,

*Defendants*.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew J. Platkin of the law firm of Platkin LLP, 413 Washington Ave, Unit 174, Belleville, NJ 07109, Telephone: (973) 561-1951 for purposes of appearance as co-counsel on behalf of 93 Members of the House of Representatives in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew J. Platkin to receive electronic filings in this case, and in support thereof states as follows:

1.      Matthew J. Platkin is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of New Jersey and the District of New Jersey.

2.      Movant, Andres Rivero, Esquire, of the law firm of Rivero Mestre LLP, 2525 Ponce de Leon Blvd #1000, Miami, Florida 33134, Telephone (305) 445-2500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may

readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Matthew J. Platkin has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Matthew J. Platkin, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew J. Platkin at email address: mplatkin@platkinllp.com

WHEREFORE, Andres Rivero, moves this Court to enter an Order allowing Matthew J. Platkin, to appear before this Court on behalf of 93 Members of the House of Representatives, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew J. Platkin.

Date: May 18, 2026

Respectfully submitted,

 /s/: *Andres Rivero*
Andres Rivero
Florida Bar No. 613819
arivero@riveromestre.com
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd #1000
Miami, Florida 33134
Telephone: (305) 445-2500

*Attorneys for 93 Members of the House of Representatives*