FILED BY MP D.C.
JUN - 9 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Donald. J. Trump, in his individual capacity, et al.,** ***Plaintiffs,***

**v.**

**Internal Revenue Service, et al.,** ***Defendants.***

**No. 26-20609-CV (J. WILLIAMS)**

**INTERVENOR'S MOTIONS TO AMEND THE CAPTION, TO JOIN, OPPOSING REOPENING, TO STRIKE AND, AS A THIRD-PARTY BENEFICIARY, FOR TIMELY SPECIFIC PERFORMANCE**

Intervenor respectfully moves that Judge Williams order the Caption amended as above, deny reopening of the case and order the case closed, order DE 63 stricken, and, prior to her closure of this case, order the Parties and the delegatee to timely and specifically perform under the Agreement.

Respectfully Submitted,

/S/ *Glenn Stephens* 6/4/2026

Glenn Stephens III Ph.D., Esq.
Stephens Arbitration, Mediation & Settlement (SAMS)
Post Office Box 120 Gilbertsville PA 19525
StephensArbMedStlmt@gmail.com

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **Donald. J. Trump, in his individual capacity, et al.,** ***Plaintiffs,*** | ) |
| **v.** | ) NO. 26-20609-CV-WILLIAMS |
| **Internal Revenue Service, et al.,** ***Defendants.*** | ) |

## PROPOSED ORDER

Intervenor's Motion Amend the Caption is Granted _____ Denied____.

Intervenor's Motion Opposing Reopening is Granted____ Denied_____.

Intervenor's Motion to Strike DE63 is Granted____ Denied_____

Intervenor's Motion for Specific Performance is Granted______ Denied_____.

_______________ ________
Judge Date



UNITED STATES POSTAL SERVICE
Retail
P
US POSTAGE PAID
$12.90
Origin: 19464
06/04/26
4167810863-51
PRIORITY MAIL®
0 Lb 3.70 Oz
RDC 03
EXPECTED DELIVERY DAY: 06/08/26
C071
SHIP TO:
400 N MIAMI AVE
MIAMI FL 33128-1801
USPS TRACKING® #
9505 5156 4186 6155 6288 34
USPS.COM/PICKUP
To schedule free Package Pickup, scan the QR code.
PRIORITY MAIL®
REC'D
JUN - 9 2026
many international destinations.
USPS INSPECTED
Glenn Stephens III Ph.D. J.D.
P.O. Box 120
Gilbertsville PA 19525
Hon. Judge Williams
c/o Clerk of Courts
re: 26-20609
US District Court S. Fla.
400 N. Main Street
Miami Florida
33128

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.