UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-20609-KMW

PRESIDENT DONALD J. TRUMP,
DONALD J. TRUMP JR., ERIC TRUMP, and
THE TRUMP ORGANIZATION, LLC,

      Plaintiffs,

vs.

INTERNAL REVENUE SERVICE,

      Defendant.

_____

**NOTICE OF APPEARANCE**

Notice is hereby given that attorney Richard C. Klugh appears as co-counsel for plaintiffs,

President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and the Trump Organization, LLC.

      Respectfully submitted,

      s/  Richard C. Klugh
      Richard C. Klugh, Esq.
      Fla. Bar No. 305294
      40 N.W. 3rd Street, PH1
      Miami, Florida 33128
      Tel. (305) 536-1191
      Fax (305) 536-2170
      E-Mail rklugh@klughlaw.com