# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-20609-WILLIAMS/LETT**

PRESIDENT DONALD J. TRUMP, et al.,

        Plaintiffs,

   v.

INTERNAL REVENUE SERVICE, et al.,

        Defendants.

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**

The Court has considered the Motion for Leave to File Brief as Amici Curiae by Former Government Officials and Public Interest Organizations. It is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

_____

KATHLEEN M. WILLIAMS
United States District Judge