# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Donald. J. Trump, in his
individual capacity, et al.,
*Plaintiffs,*

v.

Internal Revenue Service, et al.,
*Defendants.*

)
)
)
)
)
)
)
)
)
)
)

FILED BY __ D.C.

JUN 1 8 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

No. 26-20609-CV (J. WILLIAMS)

## INTERVENOR'S MOTIONS TO AMEND THE CAPTION, TO JOIN, OPPOSING REOPENING, TO STRIKE AND, AS A THIRD-PARTY BENEFICIARY, FOR TIMELY SPECIFIC PERFORMANCE

Intervenor respectfully moves that Judge Williams order the Caption amended as above, deny reopening of the case and order the case closed, order DE 63 stricken, and, prior to her closure of this case, order the Parties and the delegatee to timely and specifically perform under the Agreement.

Respectfully Submitted,

*/S/   Glenn Stephens   6/4/2026*
Glenn Stephens III Ph.D., Esq.
Stephens Arbitration, Mediation & Settlement (SAMS)
Post Office Box 120  Gilbertsville PA 19525
StephensArbMedStlmt@gmail.com

13

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF FLORIDA

Donald. J. Trump, in his )
individual capacity, et al., )
*Plaintiffs,* )
  )
v. )
  )     NO. 26-20609-CV-WILLIAMS
  )
  )
Internal Revenue Service, et al., )
*Defendants.* )
_____ )

## PROPOSED ORDER

Intervenor's Motion Amend the Caption is   Granted _____
Denied____.

Intervenor's Motion Opposing Reopening is Granted____
Denied_____.

Intervenor's Motion to Strike DE63 is Granted____
Denied_____

Intervenor's Motion for Specific Performance is Granted_____
Denied_____.

_____   _____
Judge          Date

*PRESS FIRMLY TO SEAL*



**UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL** ®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT



USPS INSPECTED
JUN 18 2026
REC'D BY ___ D.C.

## TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.

PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

Glenn Stephens III Ph.D. J.D.
P.O. Box 120
Gilbertsville PA 19525


Hon. Judge Williams
c/o Clerk of Courts
re: 26-20609
US District Court S. Fla.
400 N. Main Street
Miami Florida
33128

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.

SKNA