**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, AND THE TRUMP ORGANIZATION, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> INTERNAL REVENUE SERVICE, UNITED STATES DEPARTMENT OF THE TREASURY, <br><br> *Defendants.* | CA No.: 1:26-cv-20609-WILLIAMS/LETT |

**NOTICE OF APPEARANCE AS CO-COUNSEL**
**AND DESIGNATION OF EMAIL ADDRESS**

Randy R. Dow makes an appearance as co-counsel for *Amici* the Attorneys General of California and Twenty-Three other States.  Randy R. Dow, Assistant Attorney General in the Office of the Maine Attorney General hereby makes an appearance as co-counsel, and designates the following email addressed for purposes of service in this case as follows:

Primary: Randy R. Dow – randy.r.dow@maine.gov
Secondary: Amy J. Oliver - amy.oliver@maine.gov

Dated: June 23, 2026

By:   /s/ Randy R. Dow
Randy R. Dow
Assistant Attorney General
Office of the Maine Attorney General
6 Statehouse Station
Augusta, ME 04333
(207) 441-6832
randy.r.dow@maine.gov
Maine Bar #011178
Florida Bar #0121118

1