**EXHIBIT B**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, AND THE TRUMP ORGANIZATION, LLC,

     *Plaintiffs,*

    v.

INTERNAL REVENUE SERVICE, UNITED STATES DEPARTMENT OF THE TREASURY,

     *Defendants.*

CA No.: 1:26-cv-20609-WILLIAMS/LETT

## [PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF

Before the Court is the motion of *amici curiae* twenty-three State Attorneys General for leave to file an amicus brief in connection with the Court's resolution of the pending motion for relief from the Court's prior order of dismissal in this action under Rule 60.

Although there is no Rule of Civil Procedure governing *amicus* participation in the federal trial courts, District Courts retain broad discretion to accept *amicus* participation. *See Resort Timeshares Resales, Inc. v. Stuart*, 764 F. Supp. 1495, 1500-01 (S.D. Fla. 1991); *see also Fair Fight, Inc. v. True the Vote*, No. 2:20-CV-302-SCJ, 2023 WL 11909697, at *1 (N.D. Ga.) (accepting *amicus* brief over defendants' objection where it "will aid the Court in wading through these nuanced issues").

Courts in this District regularly consider amicus briefs in cases involving issues of significant public concern. *See, e.g.*, *Garcia v. Stillman*, No. 22-cv-24156-BLOOM, 2023 WL 5095540, at *10-12 (S.D. Fla. Aug. 9, 2023) (considering arguments of *amicus* Campaign Legal Center); *Protect Key West, Inc. v. Cheney*, 795 F. Supp. 1552, 1560 (S.D. Fla. 1992) (considering testimony of *amicus* Mayor of Key West, Florida).

Having reviewed the proposed brief, the Court concludes that it will aid in consideration of the pending Rule 60 motion. Accordingly, leave to file the proposed brief is **GRANTED.**

**IT IS SO ORDERED.**

HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1