**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, AND THE TRUMP ORGANIZATION, LLC,

       *Plaintiffs,*

    v.

INTERNAL REVENUE SERVICE, UNITED STATES DEPARTMENT OF THE TREASURY,

       *Defendants.*

CA No.: 1:26-cv-20609-WILLIAMS/LETT

**NOTICE OF FILING CORRECTED APPENDIX TO BRIEF OF *AMICUS CURIAE* TWENTY-THREE STATE ATTORNEYS GENERAL CONCERNING AMICI-MOVANTS' MOTION FOR RELIEF FROM THE ORDER OF DISMISSAL**

*Amici curiae*, twenty-three State Attorneys General make this Notice of Filing to correct a scrivener's error (the "Notice"). *Amici* previously filed a Motion for Leave to File Brief of *Amici Curiae* Twenty-Three State Attorneys General (the "Motion" ECF: 101). A proposed brief was attached to the Motion. The Appendix to the proposed brief inadvertently left off the Nevada Attorney General from the list of state attorneys general joining in the brief. The Exhibit "A" to this Notice is a corrected Appendix which reflects the Nevada Attorney General as a party joining in the brief.

1

Dated:  June 23, 2026                    Respectfully Submitted,

ROB BONTA
Attorney General of California

NICHOLAS R. GREEN
Special Litigation Supervisor
DANIEL C. SHEEHAN
Deputy Attorney General, Special Litigation

By: */s/Harald H. Kirn*
HARALD H. KIRN\*
Deputy Attorney General
California Department of Justice
Telephone: (916) 210-6111
Email: Harald.Kirn@doj.ca.gov

*\*Pro Hac Vice Forthcoming*


By: /s/ *Randy R. Dow*

 Randy R. Dow
 Assistant Attorney General
 Office of the Maine Attorney General
 6 Statehouse Station
 Augusta, ME 04333
 (207) 441-6832
 randy.r.dow@maine.gov
 Maine Bar #011178
 Florida Bar #0121118

 *Counsel for Amicus Curiae*
 *Twenty-Three State Attorneys General*

2