**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, AND THE TRUMP ORGANIZATION, LLC,

        *Plaintiffs*,

v.

INTERNAL REVENUE SERVICE AND U.S. DEPARTMENT OF THE TREASURY,

        *Defendants*.

No. 1:26-cv-20609-KMW

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Christopher G. Oprison, Esq. of the law firm DLA Piper LLP (US), hereby enters an appearance as counsel for Plaintiffs President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and the Trump Organization, LLC, as well as for Attorneys Alejandro Brito, Esq. and Daniel Epstein, Esq., and respectfully requests that all notices and other papers filed in this action be served upon the undersigned at the address stated below.

Dated: July 21, 2026

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Christopher G. Oprison*
Christopher G. Oprison (FBN 0122080)
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Telephone: (305) 423-8522
Facsimile: (305) 437-8131
chris.oprison@dlapiper.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Christopher G. Oprison*
Christopher G. Oprison

2