**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, AND THE TRUMP ORGANIZATION, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE AND U.S. DEPARTMENT OF THE TREASURY,<br><br>*Defendants*. | No. 1:26-cv-20609-KMW |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Tal Aburos, Esq. of the law firm DLA Piper LLP (US), hereby enters an appearance as counsel for Plaintiffs President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and the Trump Organization, LLC, as well as for Attorneys Alejandro Brito, Esq. and Daniel Epstein, Esq., and respectfully requests that all notices and other papers filed in this action be served upon the undersigned at the address stated below.

Dated: July 21, 2026

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Tal Aburos*
Tal Aburos (FBN 1010901)
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Telephone: (305) 423-8516
Facsimile: (305) 503-7506
tal.aburos@dlapiper.com

2

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on July 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                 */s/ Tal Aburos*
                                 Tal Aburos