# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:26-cv-20609-WILLIAMS/LETT

|  |
|---|
| PRESIDENT DONALD J. TRUMP, et al.,<br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br>Defendants. |

### [PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST FOR EXPEDITED CONSIDERATION

This matter came before the Court on Plaintiffs' motion for a stay pending appeal and request for an expedited ruling.  *See* ECF No. 114.  After consideration of that motion and all related filings, and the entire record herein, it is hereby ORDERED that Plaintiffs' request for an expedited ruling is DENIED.  Court-appointed *amici* will file a response to Plaintiffs' motion for a stay pending appeal on or before Friday, August 14, 2026.

**SO ORDERED.**

_____  
Date

_____  
KATHLEEN M. WILLIAMS  
United States District Judge

1