**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-20609-CV-WILLIAMS**

PRESIDENT DONALD J. TRUMP, *et al.*,

      Plaintiffs,

v.

INTERNAL REVENUE SERVICE, *et al.*,

      Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on the Expedited Motion to Stay the Sanctions Order and Related Proceedings Pending Appeal (DE 114) ("***Motion***"). Upon review of the Motion, the record, and applicable law, the Court finds that Plaintiffs have not shown good cause for an expedited ruling under Southern District of Florida Local Rule 7.1. *See* S.D. Fla. L.R. 7.1(d)(2) (requiring an expedited motion to "set forth in detail" . . . "the reason the ruling is needed by the stated date"); *see also Levine v. Bradshaw*, No. 22-cv-80321, 2022 WL 22859168, at *3 (S.D. Fla. April 1, 2022) (declining a plaintiff's expedited request where the court found "no basis to justify [p]laintiff's request"). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' request for an expedited ruling is **DENIED**.

2. Court-appointed *amici* shall file a response to the Motion (DE 114) on or before **August 14, 2026**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 5th day of August, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE