**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-20609-WILLIAMS/LETT**

PRESIDENT DONALD J. TRUMP, et al.,
Plaintiffs,

v.

INTERNAL REVENUE SERVICE, et al.,
Defendants.

**MOTION OF COURT-APPOINTED *AMICI CURIAE* FOR LEAVE TO FILE
RESPONSE IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(c)(2), the undersigned court-appointed *amici curiae* hereby move this Court for leave to file a response of no more than forty (40) pages.  In support of this Motion, *amici* state as follows:

**INTRODUCTION**

On July 31, 2026, Plaintiffs and their attorneys ("Movants") filed an expedited motion seeking a stay of this Court's July 13, 2026 order imposing sanctions and related proceedings pending an appeal to the U.S. Court of Appeals for the Eleventh Circuit (the "Stay Motion"). *See* ECF No. 114.  On August 1, 2026, this Court requested that the undersigned court-appointed *amici curiae* "submit a response identifying relevant legal authority and addressing the multiple issues raised in Plaintiffs' and their attorneys' Motion to assist the Court in resolving this matter." ECF No. 115.  On August 4, 2026, *amici* filed a response accepting the Court's appointment, opposing the Stay Motion, and requesting "that the Court order that [*amici*] file a response to Plaintiffs' motion for a stay . . . by August 14, 2026."  ECF No. 119, at 3–4.  On August 5, 2026, the Court denied Movants' request for an expedited ruling and ordered *amici* to file their response to the Stay Motion on or before August 14, 2026.  ECF No. 120, at 2.

## ARGUMENT

The Court has asked *amici* to identify the relevant legal authorities and address the multiple arguments raised in the Stay Motion.  ECF No. 115.  Those arguments implicate several complex legal issues.  In addition to the jurisdictional questions addressed in *amici*'s prior submission, ECF No. 45, the Stay Motion raises issues concerning the imposition of sanctions, due process, the First Amendment, and other matters.  *See* ECF No. 114, at 6–20.

Under the Local Rules for the U.S. District Court for the Southern District of Florida, permission of the Court is required to file an opposing memorandum exceeding twenty (20) pages.  *See* S.D. Fla. L.R. 7.1(c)(2).  Although *amici* will endeavor to be as concise as possible, given the number, breadth, and complexity of the issues presented additional space is required. The additional pages will enable *amici* to fully address the issues raised by the Stay Motion and most ably provide the Court with the assistance it has requested.

## CONCLUSION

*Amici* respectfully request leave to file a response to Movants' stay motion totaling no more than forty (40) pages.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), *amici* attempted to confer with counsel for Movants regarding the relief requested herein.  *Amici* emailed counsel for Movants at 8:24 AM ET on August 13, 2026, seeking to discuss this motion.  Given the approaching deadline, undersigned counsel requested a response by 12:00 PM ET.  As of 12:30 PM ET, *amici* have received no response from counsel for Movants.  *Amici* and Movants have accordingly been unable to reach a resolution on this request.

Dated: August 13, 2026

Respectfully submitted,

SELENDY GAY PLLC

By:  /s/  *Faith E. Gay*

Faith E. Gay (Fla. Bar #129593)
Philippe Z. Selendy* (N.Y. Bar #2630598)
Corey Stoughton* (N.Y. Bar #4152633)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
fgay@selendygay.com
pselendy@selendygay.com
cstoughton@selendygay.com

John Gleeson* (N.Y. Bar #1820992)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY  10001
Tel: 212-909-6000
jgleeson@debevoise.com

David A. O'Neil* (D.C. Bar #1030615)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave. NW
Washington, DC  20004
Tel: 202-383-8000
daoneil@debevoise.com

Donald B. Verrilli, Jr.* (D.C. Bar #420434)
MUNGER TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 E
Washington, DC  20001
Tel: 202-220-1100
donald.verrilli@mto.com

*Court-Appointed Amici Curiae*

* admitted *pro hac vice*

3