**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-20609-CV-WILLIAMS**

PRESIDENT DONALD J. TRUMP, *et al.*,

    Plaintiffs,

v.

INTERNAL REVENUE SERVICE, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on the Motion of Court-Appointed *Amici Curiae* for Leave to File Response in Excess of Page Limit (DE 122) ("**Motion**"). Through their Motion, court-appointed *amici curiae* request leave to file a response in excess of forty (40) pages to Plaintiffs' and Their Attorneys' Expedited Motion to Stay the Sanctions Order and Related Proceedings Pending Appeal (DE 114) ("**Motion to Stay**"). Upon review of the Motion and the record, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Court-appointed *amici curiae*'s response to the Motion to Stay shall not exceed forty (40) pages in length.

    **DONE AND ORDERED** in Chambers in Miami, Florida, on this 13th day of August, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE