**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-20609-WILLIAMS/LETT**

PRESIDENT DONALD J. TRUMP, et al.,
Plaintiffs,

v.

INTERNAL REVENUE SERVICE, et al.,
Defendants.

# NOTICE OF STRIKING DOCKET ENTRY

Court-appointed *amici curiae* hereby give notice that their Memorandum Regarding Motion for Stay, Dkt. No. 125, was inadvertently filed with two clerical errors:

- Footnote 15, on page 20, contains a broken cross-reference. As corrected, that footnote properly cross-references Part I of *amici*'s memorandum.
- The first line of page 36 refers to Mr. Brito instead of Mr. Epstein.

*Amici* intend to promptly file a Corrected Memorandum identical to their original memorandum in all respects except those identified above, and they respectfully request that the Court strike Dkt. No. 125 from the public docket.

Dated: August 17, 2026

Respectfully submitted,

SELENDY GAY PLLC

By: /s/ *Faith E. Gay*

Faith E. Gay (Fla. Bar #129593)
Philippe Z. Selendy* (N.Y. Bar #2630598)
Corey Stoughton* (N.Y. Bar #4152633)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
pselendy@selendygay.com
cstoughton@selendygay.com

John Gleeson* (N.Y. Bar #1820992)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: 212-909-6000
jgleeson@debevoise.com

David A. O'Neil* (D.C. Bar #1030615)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave. NW
Washington, DC 20004
Tel: 202-383-8000
daoneil@debevoise.com

Donald B. Verrilli, Jr.* (D.C. Bar #420434)
MUNGER TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 E
Washington, DC 20001
Tel: 202-220-1100
donald.verrilli@mto.com

*Court-Appointed Amici Curiae*

* admitted *pro hac vice*