**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

1:26-cv-20609-KMW

President Donald J. Trump, et al.

*Plaintiffs,*

v.

Internal Revenue Service, et al.

*Defendants*.
_________________________________/

**DEFENDANTS' NOTICE OF APPEAL**

Reserving all rights and waiving nothing, Defendants appear solely for the purpose of noticing their appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's July 13, 2026, ECF docket entry #106 and any orders and decisions merged therein.

September 11, 2026

/s/ R. Trent McCotter
R. Trent McCotter (A5503545)
Acting Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
202-514-2105
trent.mccotter@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ R. Trent McCotter
R. Trent McCotter (A5503545)